

**FILED & ENTERED**

JUL 22 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** vandenst **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: Interworks Unlimited Inc., <br><br> Debtor(s), <br> Edward M. Wolkowitz <br><br> Plaintiff(s), <br> Vs. <br> F & J Group, LLC <br><br> Defendant(s). | Case No.: 2:19-bk-17990-VZ <br><br> Chapter: 7 <br><br> Adversary No.: 2:21-ap-01136-VZ <br><br> **ORDER CONTINUING PRETRIAL CONFERENCE** <br><br> Date: January 22, 2026 <br> Time: 11:00 AM <br> Ctrm: 1368, Roybal Federal Building <br> 255 E. Temple St., Los Angeles, CA 90012 |

A pretrial conference is set for December 18, 2025 at 11:00 a.m.  To accommodate the court's schedule, **IT IS ORDERED** that the pretrial conference is continued to January 22, 2026, at 11:00 a.m.

###

Date: July 22, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

- 1