United States Bankruptcy Court

Central District of California

Wolkowitz,
    Plaintiff

F & J Group, LLC,
    Defendant

Adv. Proc. No. 21-01136-VZ

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Edward M. Wolkowitz, Levene, Neale, Bender, Yoo & Brill L.L.P, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067-6253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | F & J Group, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley M Teesdale | on behalf of Defendant F & J Group  LLC ateesdale@bg.law, ecf@bg.law |
| Edward M Wolkowitz | on behalf of Interested Party Courtesy NEF emw@lnbyg.com |
| Joseph M Rothberg | on behalf of Plaintiff Edward M. Wolkowitz jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com |
| Kurt Ramlo | on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2025 | Form ID: pdf031 | Total Noticed: 1

Todd M Arnold
    on behalf of Plaintiff Edward M. Wolkowitz tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6



**FILED & ENTERED**

**JUL 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Interworks Unlimited Inc.,<br><br>Debtor(s),<br>Edward M. Wolkowitz<br><br>Plaintiff(s),<br>Vs.<br>F & J Group, LLC<br><br>Defendant(s). | Case No.: 2:19-bk-17990-VZ<br><br>Chapter: 7<br><br>Adversary No.: 2:21-ap-01136-VZ<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date: January 22, 2026<br>Time: 11:00 AM<br>Ctrm: 1368, Roybal Federal Building<br>  255 E. Temple St., Los Angeles, CA 90012 |

A pretrial conference is set for December 18, 2025 at 11:00 a.m.  To accommodate the court's schedule, **IT IS ORDERED** that the pretrial conference is continued to January 22, 2026, at 11:00 a.m.

###

Date: July 22, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

- 1